UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

                                  MISC. NO. 07-X-50823

   -vs-

                                  HON. PAUL D. BORMAN

CHRISTA R. SUGGS,

      Respondent.

_____/


## ORDER DISMISSING PETITION TO
## ENFORCE IRS SUMMONS


      Petitioner having advised the Court that respondent, Christa R. Suggs, has

complied with the Internal Revenue Service Summons served upon her on May 2, 2007,

by providing the Revenue Officer with the information sought in the summons;

      IT IS HEREBY ORDERED that the petition to enforce IRS summons brought

against respondent, Christa R. Suggs, by the petitioner is hereby dismissed without

prejudice and without costs.



                               s/Paul D. Borman_____
                               PAUL D. BORMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 11, 2007.

s/Denise Goodine
Case Manager